UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    Case No. 8:96-CV-613-T-27TBM

CITY OF PALMETTO, FLORIDA and
THE STATE OF FLORIDA,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff United States of America and Defendant City of Palmetto, Florida's Joint Motion to Terminate Consent Decree (Dkt. 25). The Court, having been advised that the City of Palmetto has satisfied all terms and conditions set forth in the Consent Decree[1] dated September 12, 1997, and that the parties have stipulated that the Decree should therefore be terminated, it is hereby

**ORDERED AND ADJUDGED** that the Consent Decree in this matter dated September 12, 1997, is now terminated.

**DONE AND ORDERED** in chambers this 8th day of August, 2007.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record

---

[1] The State of Florida had no obligations under the Consent Decree.